# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Dimitritza H. Toromanova, <br><br>　　　　Appellant, <br><br>　v. <br><br>Wilmington Savings Fund, FSB, et al., <br><br>　　　　Appellees. | Case No. 2:19-cv-01575-APG <br><br> **ORDER GRANTING MOTION TO EXTEND TIME** <br><br> (ECF No. 23) |

Appellant Dimitritza H. Toromanova seeks additional time to file and serve her reply brief. ECF No. 23. The motion **(ECF No. 23) is GRANTED**. Appellant's reply brief is due December 30, 2019.

Dated: December 17, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE