# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Dimitritza H. Toromanova,<br><br>　　　　Appellant,<br><br>v.<br><br>Wilmington Savings Fund, FSB, et al.,<br><br>　　　　Appellees. | Case No. 2:19-cv-01575-APG<br><br>**ORDER DENYING PETITION FOR WRIT OF PROHIBITION**<br><br>(ECF Nos. 27, 31) |

Appellant Dimitritza H. Toromanova filed a petition seeking issuance of a writ of prohibition to block the upcoming trustee sale. ECF No. 27. The petition does not provide sufficient grounds to justify granting the extraordinary relief of a writ.

I THEREFORE DENY the petition **(ECF No. 27)**.

I ALSO DENY AS MOOT the Appellant's motion to expedite consideration of the petition (ECF No. 31).

Dated: February 13, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE