# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Dimitritza H. Toromanova,<br><br>        Appellant,<br><br>v.<br><br>Wilmington Savings Fund, FSB, et al.,<br><br>        Appellees. | Case No. 2:19-cv-01575-APG<br><br>**ORDER GRANTING MOTION TO EXTEND TIME**<br><br>(ECF No. 26) |

    Appellant Dimitritza H. Toromanova seeks additional time to file a reply to the answering brief filed by U.S. Bank. ECF No. 26. The motion **(ECF No. 26) is GRANTED in part**. Ms. Toromanova may file a reply brief by February 28, 2020. That brief should not repeat the arguments asserted in her previously filed reply brief (ECF No. 25), but she may incorporate those arguments by reference if they are applicable to U.S. Bank. Her new reply must be narrowly tailored to any new issues raised by U.S. Bank and the specifics of U.S. Bank's position.

    Dated: February 13, 2020.

                                                  ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE